# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

HENRY ADAMSON                CIVIL 06 - 3194 (PGS)
    Plaintiff,

v.                           O R D E R
Ronald Cathel, et al

    Defendants.

    It appearing that Henry Adamson #305526. Is now confined in New Jersey State Prison under the custody of Warden of said institution, and is a plaintiff in the above entitled case which will be brought to hearing before the UNITED STATES DISTRICT COURT for the DISTRICT OF NEW JERSEY, commencing and every day thereafter until completion of the hearing at the Martin Luther King, Jr. United States Courthouse, 50 Walnut St., Newark, New Jersey, July 31, 2008 at 10:00 a.m.

    It is on this 14th of July 2008, a Writ of Habeas Corpus do issue.

                                 _____
                                 PETER G. SHERIDAN, U.S.D.J.

---

## **WRIT OF HABEAS CORPUS**

The United States of America to Warden
We Command that you have the body of

    (Henry Adamson #305526),

now confined New Jersey State Prison in before the United States District Court at 50 Walnut St., Newark, New Jersey Commencing July 31 , 2008 at 10:00 a.m. and every day thereafter until completion of trial, in civilian clothes for hearing in the above matter. Immediately on the completion of the proceedings, the above will be returned to said place of confinement in a safe and secure conduct.

Witness of the Honorable Peter G. Sheridan
United States District Judge
Newark, New Jersey 07102

WILLIAM T. WALSH,
Clerk of the U.S. District
United States District Court
for the District of New Jersey

Per: Dolores Hicks
Deputy Clerk

cc: New Jersey Department
of Corrections